STATE OF NEW JERSEY v. JAMES JACKSON JOHNSON.

Jan. 14, 1980.  Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JACKSON JOHNSON.

Jan. 14, 1980.  Petition for certification denied.

TOWNSHIP OF LITTLE FALLS v. DAVID J. BARDIN.

Jan. 14, 1980.  Petitions for certification denied.

TRI–COUNTY SAVINGS & LOAN ASSOCIATION v. DEPART-
MENT OF BANKING OF THE STATE OF NEW JERSEY.

Jan. 14, 1980.  Petition for certification denied.  (See 170
*N.J.Super.* 576)

STATE OF NEW JERSEY v. CARL MOSHER.

Jan. 14, 1980.  Petition for certification denied.

STATE OF NEW JERSEY v. JOHN B. BEMBRY.

Jan. 14, 1980.  Petition for certification denied.